IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMBER K. BATES,<br><br>　　　　　　　Defendant. | **4:25CR3069**<br><br><br>**ORDER** |

IT IS ORDERED:

1)    Defendant's unopposed motion to review the conditions of pretrial release, (Filing No. 34), is granted.

2)    Defendant shall comply with all previously entered terms and conditions of pretrial release (Filing No. 15) except as follows:

Defendant shall be released to reside at St. Monica's, Lincoln, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

Upon successful completion of the residential program, Defendant will transition to an aftercare program and/or placement recommended by the residential program and approved by the supervising officer.

3)    Defendant shall arrive at St. Monica's, Lincoln, Nebraska by 10:00 a.m. on July 2, 2026. The Marshal shall release Defendant to Mercedes Anderson on July 2, 2026 at 9:00 a.m. for timely transport to the facility.

Dated this 1st day of July, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge